BEFORE THE FIRST DIVISION, JANUARY 25, 1946

**No. 50845.**—Protests 120329–K, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 25, 1946

**No. 50846.**—Protest 58233–K of Gerber & Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of portions of cheese packed in boxes and that all such portions, except one portion which is Tilsit, are similar in all material respects to the cheese the subject of *Kraft Phenix Cheese Corp.* v. *United States* (10 Cust. Ct. 271, C. D. 767). In accordance therewith the merchandise in question was held dutiable as claimed.

**No. 50847.**—Protests 969682–G, etc., of Strauss-Eckardt Co., Inc. (Baltimore).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of bonbon dishes similar in all material respects to those the subject of *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310). In accordance therewith the merchandise was held properly dutiable at 70 percent under paragraph 212 without the additional assessment of 10 cents per dozen pieces.

**No. 50848.**—Protests 5673–K, etc., of Ernest Hirsch (New York).

Opinion by KEEFE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.